

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2017

No. 04-17-00347-CV

Rita **GONZALEZ** as Trustee of RG Family Trust and Ramon Gonzalez,
Appellants

v.

Don A. **JANSSEN** and Debra Janssen,
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-09-00215-A-CVK
Honorable Russell Wilson, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to October 27, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

cc:
David C. Griffin
Marek Griffin & Knaupp
PO Box 2329
Victoria, TX 77902-2329

Michael Neuerburg
Marek Griffin & Knaupp
203 N Liberty St
Victoria, TX 77901-6500

Robinson C. Ramsey
Langley & Banack, Inc.
Trinity Plaza II, Suite 900
745 East Mulberry
San Antonio, TX 78212-3166

Bruce K. Spindler
Langley & Banack, Inc.
Trinity Plaza II
745 East Mulberry, Suite 900
San Antonio, TX 78212-3166